KEVIN E. GAUT (SBN 117352)
keg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Gennady Gennadyevich Golovkin

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - ROYBAL FEDERAL BUILDING

GENNADY GENNADYEVICH GOLOVKIN,

Plaintiff,

v.

DR. MAXIMILIAN HERMANN, OLEG HERMANN, HERMANN SPORTMANAGEMENT, GbR, and DOES 1-10,

Defendants.

Case No. 2:19-cv-02485

Hon. R. Gary Klausner

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**

# ORDER

On April 9, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 2:19-cv-02485 styled *Golovkin v. Hermann et al.* is hereby remanded to Los Angeles County Superior Court.

SO ORDERED.

Dated: April 23, 2019

[signature]

R. Gary Klausner
United States District Judge